**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                                                Case No. 25-10614-KB
                                                                      Chapter 13
Jennifer L. Clark,

       Debtor.

## ORDER DISMISSING CASE

The Court entered an order (ECF No. 22) (the "**Order**") on January 16, 2026, directing

the Debtor to file by February 27, 2026 "an amended plan, serve a copy of the amended plan and

a notice of confirmation hearing as required by Federal Rules of Bankruptcy Procedure 2002(b)

and 3015(d) and LBR 3015-(b), and file a certificate of service with the Court." The Order

provided that if the Debtor failed to do so the case may be dismissed. As of today's date, the

Debtor has failed to comply with the Order. Accordingly, the case is dismissed.


Date:   March 3, 2026                              /s/ Kimberly Bacher
                                                   Kimberly Bacher
                                                   Chief Bankruptcy Judge