# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

In re:

Jennifer L. Clark
   Debtor.

Case No. 25−10614−KB
Chapter 13

## NOTICE OF DISMISSED CASE

You are hereby notified that an Order Dismissing the Case of the debtor Jennifer L. Clark was entered on March 3, 2026.

Date: March 3, 2026

Kristie Trimarco
Clerk of Court
By: /s/ K.LeLievre
Deputy Clerk

Form ntcdsm−203